Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECYLIA MACIOL,<br><br>             Plaintiff,<br><br>     vs.<br><br>CAPITAL ONE BANK; NCO FINANCIAL SYSTEMS, INC.; NORTHLAND GROUP, INC.,<br><br>             Defendants. | Case No.: 08-CV-05735-CRB<br><br>STIPULTION TO DISMISS FDCPA CLAIM AND REMAND AND [PROPOSED] ORDER THEREON |

Plaintiff, CECYLIA MACIOL, and defendants CAPITAL ONE BANK (USA) N.A. (erroneously sued herein as Capital One Bank) and NCO FINANCIAL SYSTEMS, INC., enter into a stipulation with respect to the following:

Plaintiff filed the present action on or about November 19, 2008, in the State of California, County of San Francisco, entitled, *Cecylia Maciol v. Capital One Bank; NCO Financial Systems, Inc.; Northland Group, Inc.* CGC-08-482063.  On or about December 23, 2008, Defendants removed the case to this Court. On or about February 12, 2009,

Case 3:08-cv-05735-CRB   Document 15   Filed 03/03/09   Page 2 of 3

Plaintiff filed a motion to remand the case to state court which is set for hearing March 20, 2009.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff's claims for relief under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, are hereby dismissed with prejudice and that Plaintiff will not seek any separate damages arising under any provision of the Fair Debt Collection Practices Act.

///

///

///

///

///

///

///

///

///

///

///

///

///

Stipulation to Dismiss FDCPA Claim and Remand to State Court
And [Proposed] Order Thereon
2

IT IS FURTHER STIPULATED, by and between the parties to this action through their designated counsel, that this action shall be remanded to state court forthwith.

Dated: 2/27/09                    THE BERG LAW GROUP

_____/s/Irving L. Berg
Irving L. Berg
Attorney for Plaintiff

Dated: 2/27/09                    REED SMITH LLP

_____/s/Jordan Yu
Jordan Yu
Attorney for Defendant
Capital One Bank (USA) N.A.

Dated: 2/27/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

_____/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

IT IS SO ORDERED.

Dated:  March 3, 2009              _____
                                   Hon. Charles R. Breyer
                                   United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*